UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br>FRED C. CHAN, in his individual and representative capacity as trustee of the Chan Family Trust; CAROL L. CHAN, in her individual and representative capacity as trustee of the Chan Family Trust; CALPAC PIZZA II, LLC, a Delaware Limited Liability Company; and Does 1-10,<br>　　　　Defendants. | Case: 2:16-cv-02039-MCE-KJN<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1) (A) (ii), and good cause appearing. this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE